**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DAISY S. BRADFORD**                                                  **PLAINTIFF**

**vs.**                              **NO. 3:05-CV-00239 GTE**

**DODGE STORE a/k/a SAVINGS, INC.**                                **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order filed in this matter this date granting judgment as a matter of law to the Defendant Dodge Store a/k/a Savings, Inc.,

IT IS HEREBY CONSIDERED, ORDERED, AND ADJUDGED that the Complaint in this matter be, and it hereby is, dismissed in its entirety, with prejudice.

IT IS SO ORDERED THIS  26th  day of June, 2006.

                                                      /s/Garnett Thomas Eisele
                                                      UNITED STATES DISTRICT JUDGE