IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAISY S. BRADFORD                                                    PLAINTIFF

V.                       NO. 3-05-CV-239 GTE

DODGE STORE A/K/A
SAVINGS, INC.                                                        DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this day, it appearing to the Court that this matter has been compromised and settled, the above styled case is hereby dismissed with prejudice.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable G. Thomas Eisele

PREPARED BY:

D. Michael Huckabay, Jr., Bar No. 89135
HUCKABAY, MUNSON, ROWLETT & MOORE P.A.
REGIONS BLDG., SUITE 1900
400 W. CAPITOL AVENUE
LITTLE ROCK AR 72201-3515
PH.501-374-6535/Fax 501-374-5906
*ATTORNEY FOR DEFENDANT*